Submitted on record and briefs March 27, 1991, affirmed February 12, reconsideration denied May 6, petition for review pending 1992

## TAMARA LYNN SANDEN-MAURER,
*Appellant,*

*v.*

## Robert SCHIEDLER,
*Respondent.*

## (90-C-10588; CA A66471)
825 P2d 656

Jeanean W. Craig, Salem, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem, filed the brief for respondent.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM